United States of America
United States District Court
Western District of Missouri

Kyle M. Parks
Plaintiff

Vs.

Sprint International Corporation
Defendant

18-0579-CV-W-ODS-P

Attention Clerk, This is a Affidavit in official form for the complaint of denial of information to wit: G.P.S cell tower data in association of cell phone number 614-745-5980 belonging to stated plaintiff. The plaintiff is invoking Fed. R. Crim. P. 41 Also 18 U.S.C §§ 2703(c)(1)(A) And 2711(3)(A). This ping request is being submitted to confirm allegation of witness tampering, subornation of perjury, fabrication of evidence and other illegal activitys associated with United States V. Kyle M. Parks 4:15-CR-00553 TAR in the eastern district of Missouri. The plaintiff request for this information was denied in violation of the Stored Communication Act. The plaintiff seeks information for the date of December 3, 2015 for the time of 12:00 am CST to 12:00 pm CST

Remedy: G.P.S. data cell site location information for cell number 614-745-5980. Date: December 3, 2015. Time: 12:00 am CST to 12:00 pm CST. All communication by the

government to defendant in the form of email, U.S mail, fax etc....

E. Kyle M. Parkes. The undersign did sworn, say, declare and depose that the above statements are true, and correct to the best of my knowledge and beliefs.

This complaint is under § 1983

Sprint Corporation
6200 Sprint Parkway
Overland Park Ks.
66251

Submit on the 15th day of July 2018

Kyle M. Parkes
Pro Se

INMATE NAME/NUMBER: Kyle M. Fanks
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD 44051-044
P.O. BOX 2000
WHITE DEER, PA 17887

HARRISBURG PA 171
15 JUL 2018 PM 1 L

RECEIVED
JUL 17 2018
KANSAS CITY

JUL 18 2018

Legal

44051-044
Federal Court House
400 E 9 ᵀʜ
Kansas CITY, MO 64106
United States

64106-281899